UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 06 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

GARY RAYMOND XAVIER
    Plaintiff
vs.

S.M. ROCHE, C.M.O., et. al.
    Defendant(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 2:09cv 0783 KJM (PC)

I, GARY RAYMOND XAVIER, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. SALINAS VALLEY STATE PRISON SOLEDAD, CA. 93960-1050

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed? ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. PLAINTIFF WAS LAST EMPLOYED IN 2004 AS A KITCHEN WORKER AT HIGH DESERT STATE PRISON (P.O. BOX 3030, SUSANVILLE, CA. 96127), AND WAS PAID APPROXIMATELY $4.00 A MONTH.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No

   b. Rent payments, interest or dividends    ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No

   d. Disability or workers compensation payments    ☐ Yes    ☒ No

   e. Gifts or inheritances    ☒ Yes    ☐ No
   IMMEDIATE FAMILY MEMBERS, ANYWHERE FROM $20.00 TO $50.00 PER GIFT SENT SPECIFICALLY FOR NECESSITIES. I EXPECT TO CONTINUE TO RECEIVE SMALL MONEY ORDERS OCCASSIONALLY FOR NECESSITIES

   f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount: ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. ___N/A___

6. Do you have any other assets?  ☐ Yes  ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed. N/A

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   N/A

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

   ___3/15/09___                    ___[signature]___
   DATE                              SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____            _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)

Inmate Case Number_____

# Certificate of Funds
# In
# Prisoner's Account

Inmate CDC Number: __J-20637__

Inmate Signature: __Y. Xo__

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __GARY XAVIER    J-20637__
                                                                    Inmate Name \ CDC #
for the last six months at Salinas Valley State Prison where he is confined.

．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．

For Trust Use Only

I certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__45.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__68.08__.

I further certify that Petitioner likewise has the following securities to his credit according to the records at Salinas Valley State Prison $__0__.

Dated: __4-2-09__

__[signature]__
Authorized Officer of the Institution

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 04/02/09
                                                                           PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2008 THRU APR. 02, 2009

ACCOUNT NUMBER : J20637                          BED/CELL NUMBER: FDB9T1000000131L
ACCOUNT NAME   : XAVIER, GARY RAYMOND            ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                            TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----  -----------     -------      ---------   --------   -----------   -------
09/01/2008    BEGINNING BALANCE                                                    0.00
10/03  D300   CASH DEPOSIT    0791 8255                  20.00                    20.00
10/14  FC04   DRAW-FAC 4      0880 D9                                20.00         0.00
10/14  D340   EFT DEPOSIT     0882 90976                  50.00                   50.00
10/22  D300   CASH DEPOSIT    0958 8329                   50.00                  100.00
11/05  W650   DATA TRANSFER   801026-SVP  284043740                 100.00         0.00

                            TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL          CURRENT       HOLDS      TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS    BALANCE       BALANCE    TO BE POSTED
---------      --------       -----------    -------       -------    ------------
  0.00         120.00         120.00           0.00         0.00          0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                          -------
                                                            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| J20637 | XAVIER, GARY | SVSP | FDB9T1000000 | 00131L |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 11/01/2008 | SVSP | BEGINNING BALANCE | | | | $0.00 |
| 11/03/2008 | SVSP | CONVERSION | Conversion | 1 | $100.00 | $100.00 |
| 11/07/2008 | SVSP | MEDICAL COPAY | 8/1/08 | | ($5.00) | $95.00 |
| 11/12/2008 | SVSP | LEGAL COPY | 10/28/2008 | | ($2.50) | $92.50 |
| 11/20/2008 | SVSP | SALES | 5 | | ($45.00) | $47.50 |
| 12/12/2008 | SVSP | INMATE DEPOSIT | MO#5764037553 | 116 | $20.00 | $67.50 |
| 12/15/2008 | SVSP | LEGAL COPY | LCOPY | | ($2.00) | $65.50 |
| 12/15/2008 | SVSP | SALES | 7 | | ($44.99) | $20.51 |
| 12/29/2008 | SVSP | INMATE DEPOSIT | MO#56368358706 | 153 | $30.00 | $50.51 |
| 12/30/2008 | SVSP | INMATE DEPOSIT | MO#5763962700 | 156 | $50.00 | $100.51 |
| 01/05/2009 | SVSP | LEGAL MAIL | LPOST | | ($1.68) | $98.83 |
| 01/06/2009 | SVSP | MEDICAL COPAY | DENTAL | | ($5.00) | $93.83 |
| 01/15/2009 | SVSP | SALES | 13 | | ($45.00) | $48.83 |
| 01/21/2009 | SVSP | INMATE DEPOSIT | MO 57639626990 | 214 | $50.00 | $98.83 |
| 01/21/2009 | SVSP | HEALTH RECORD COPIES | MCOPY 01/21/2009 | | ($0.12) | $98.71 |
| 01/29/2009 | SVSP | INMATE VOLUNTARY WITHDRAWAL | TIME | 340190 | ($13.26) | $85.45 |
| 02/10/2009 | SVSP | MEDICAL COPAY | DENTAL 02/10/2009 | | ($5.00) | $80.45 |
| 02/10/2009 | SVSP | SALES | 35 | | ($45.00) | $35.45 |
| 03/04/2009 | SVSP | LEGAL MAIL | LPOST 3/4/09 | | ($0.42) | $35.03 |
| 03/04/2009 | SVSP | LEGAL MAIL | LPOST 3/4/09 | | ($0.42) | $34.61 |
| 03/04/2009 | SVSP | LEGAL MAIL | ENVELOPES 03/04/2009 | | ($0.60) | $34.01 |
| 03/06/2009 | SVSP | LEGAL MAIL | LPOST 03/06/2009 | | ($1.34) | $32.67 |
| 03/06/2009 | SVSP | LEGAL MAIL | LPOST 03/06/2009 | | ($0.42) | $32.25 |
| 03/11/2009 | SVSP | SALES | 10 | | ($32.25) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| LEGAL MAIL | LPOST 03/12/2009 | $0.59 | $0.00 | $0.59 |
| LEGAL COPY | LCOPY 03/18/2009 | $25.80 | $0.00 | $25.80 |
| LEGAL MAIL | LPOST 3/19/09 | $10.60 | $0.00 | $10.60 |

2

## Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| MEDICAL COPAY | DENTAL 03/25/2009 | $5.00 | $0.00 | $5.00 |
| LEGAL MAIL | LPOST 04/02/2009 | $0.59 | $0.00 | $0.59 |
| LEGAL MAIL | LPOST 04/02/2009 | $0.42 | $0.00 | $0.42 |
| LEGAL MAIL | LPOST 04/02/2009 | $0.42 | $0.00 | $0.42 |

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | SC059097 | $600.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | SC34930A | $220.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 00177095 | $1,000.00 | $0.00 | $0.00 | $0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

3