1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GARY RAYMOND XAVIER,

11            Plaintiff,                        No. CIV S-09-0783 LKK KJM P

12        vs.

13    S. M. ROCHE, et al.,

14            Defendants.                       ORDER

15    _____/

16            Plaintiff has requested the appointment of counsel.  The United States Supreme

17    Court has ruled that district courts lack authority to require counsel to represent indigent

18    prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19    certain exceptional circumstances, the court may request the voluntary assistance of counsel

20    pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21    Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22    does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23    counsel will therefore be denied.

24    /////

25    /////

26    /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2 appointment of counsel (Docket No. 16) is denied.

3 DATED: October 29, 2009.

4    _____
     U.S. MAGISTRATE JUDGE

5

6 /kly
  xavi0783.31

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26