IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY RAYMOND XAVIER,

    Plaintiff,                  No. CIV S-09-0783 LKK CMK (TEMP) P

    vs.

S.M. ROCHE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 2, 2010 the court referred this case for the appointment of counsel. Docket No. 18. Aldon Bolanos was selected from the court's Pro Bono Panel to represent plaintiff and Mr. Bolanos has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Aldon Bolanos is appointed counsel in the above entitled matter and should contact Sujean Park, at (916) 930-4278 or spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

      2. This matter is set for a status conference before the undersigned on April 12, 2011 at 2:00 p.m. in Courtroom #25. The court anticipates requiring plaintiff to amend the operative complaint so counsel should be prepared to discuss that.

      3. The Clerk of the Court is directed to serve a copy of this order upon Aldon Bolanos, The Law Office of Aldon Bolanos, 925 G Street, Sacramento, CA, 95814.

DATED: February 4, 2011

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

kc/sp
xavi0783.31