IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY R. XAVIER,

     Plaintiff,                    No. CIV S-09-0783 LKK CKD P

     vs.

M. FRENCH, et al.,

     Defendants.           <u>ORDER</u>

_____/

     Plaintiff, a state prisoner, is proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

     By an order filed April 12, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 13, 2012, plaintiff submitted the copies of the complaint but failed to supply defendants' addresses on either the USM-285 forms or summons.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk of the Court is directed to return the USM-285 forms and summons submitted by plaintiff on April 13, 2012; and

/////

1

      2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms and summons required to effect service. Failure to return the completed USM-285 forms and summons within the specified time period will result in a recommendation that this action be dismissed.

Dated: April 25, 2012

                                                              _____
                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE

/kly
xavi0783.8f