1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY R. XAVIER,

11          Plaintiff,                    No.  2:09-cv-0783 LKK CKD P

12      vs.

13   M. FRENCH, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18          On July 9, 2012, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant Holland was returned unserved because

20   "no record of individual has ever worked there."  Plaintiff must provide additional information to

21   serve this defendant.  Plaintiff shall promptly seek such information through discovery, the

22   California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to

23   plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

24   seek judicial intervention.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the amended complaint filed September 1, 2011;

4        2.  Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7        a.  One completed USM-285 form for defendant Holland;

8        b.  Two copies of the endorsed complaint filed September 1, 2011; and

9        c.  One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11   Dated: October 17, 2012

12

13                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17  /mp
    xavi0783.8e

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GARY R. XAVIER,

11              Plaintiff,                        No.  2:09-cv-0783 LKK CKD P

12         vs.

13    M. FRENCH, et al.,                          NOTICE OF SUBMISSION

14              Defendants.                       OF DOCUMENTS

15    _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18              _____        completed summons form

19      ___1___        completed USM-285 form

20      ___2___        copies of the September 1, 2011
                                     Amended Complaint

21    DATED:

22

23                                      _____
                                        Plaintiff
24

25

26