1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    GARY R. XAVIER,                      No.  2:09-cv-0783 LKK CKD P

10              Plaintiff,

11         v.                             ORDER

12   M. FRENCH, et al.,

13              Defendants.

14

15         On September 30, 2013, the Magistrate Judge issued an order denying plaintiff's motion

16   substitution of counsel.  On November 22, 2013, plaintiff filed a request for reconsideration of

17   that order.[1]  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no

18   reconsideration thereof is sought from the Court within fourteen days . . . from the date of service

19   of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's

20   order of September 30, 2013 is therefore untimely.

21         Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF

22   No. 61) is denied.

23         DATED:  December 10, 2013.

24

25                                        LAWRENCE  K.  KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

26

27   _____
     [1] Plaintiff's request is dated November 22, 2013, which is deemed the filing date of the document.
28   See Houston v. Lack, 487 U.S. 266 (1988).  The request was entered on the docket in this action
     on December 2, 2013.