UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. XAVIER, | No. 2:09-cv-0783 LKK CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. FRENCH, et al., | |
| Defendants. | |

On September 30, 2013, the Magistrate Judge issued an order denying plaintiff's motion substitution of counsel. On November 22, 2013, plaintiff filed a request for reconsideration of that order.[1] Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Plaintiff's request for reconsideration of the magistrate judge's order of September 30, 2013 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF No. 61) is denied.

DATED: December 10, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff's request is dated November 22, 2013, which is deemed the filing date of the document. See Houston v. Lack, 487 U.S. 266 (1988).  The request was entered on the docket in this action on December 2, 2013.

1