UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY R. XAVIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FRENCH, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-0783 KJM CKD P<br><br><br>ORDER |

  Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

////
////
////
////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
2 counsel (ECF No. 115) is denied.
3 Dated: February 5, 2016

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

7   2/md; xavi0783.31