# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| Gary R. Xavier<br>Plaintiff (s),<br><br>V.<br><br>S. M. Roche, et al.,<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 09-CV-0783-KJM-CKD |

Notice is hereby given that, subject to approval by the court, __Gary R. Xavier__ substitutes
(Party (s) Name)

__Emenike Iroegbu__, State Bar No. __221372__ as counsel of record in
(Name of New Attorney)

place of __Gary R. Xavier__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Emenike Iroegbu
    Address: 1321 Howe Avenue, Sacramento, CA 95825
    Telephone: (916) 599-3687     Facsimile (916) 564-2599
    E-Mail (Optional): emenike@att.net

I consent to the above substitution.

Date: 8/1/2017          /s/ Gary R. Xavier
                                                             (Signature of Party (s))

I consent to being substituted.

Date: 8/1/2017          //s/ Gary R. Xavier
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/4/2017          /s/ Emenike Iroegbu
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 17, 2017          /s/ Carolyn K. Delaney
                                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**