AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

Gary R. Xavier
    Plaintiff (s),

V.

S. M. Roche, et al.,
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 09-CV-0783-KJM-CKD

Notice is hereby given that, subject to approval by the court, _Gary R. Xavier_ substitutes
(Party (s) Name)

_Chijioke O. Ikonte_, State Bar No. _206203_ as counsel of record in place
(Name of New Attorney)

place of _Gary R. Xavier_.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Akudinobi & Ikonte |
| Address: | 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010 |
| Telephone: | (213) 387-0869    Facsimile (213) 387-0969 |
| E-Mail (Optional): | cikonte@yahoo.com |

I consent to the above substitution.

Date: 8/1/17      /s/ Gary R. Xavier
(Signature of Party (s))

I consent to being substituted.

Date: 8/1/17      //s/ Gary R. Xavier
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/4/17      /s/ Chijioke O. Ikonte
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 18, 2017      /s/ Carolyn K. Delaney
                                                     Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**