IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY R. XAVIER,** | 2:09-cv-0783 KJM CKD P |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| v. | |
| **M. FRENCH, et al.,** | |
| Defendants. | |

The Court has reviewed the Stipulation of Dismissal filed January 30, 2018. Accordingly, IT IS ORDERED that:

1. This matter is dismissed with prejudice as to all defendants;

2. Each party is to bear its own attorney's fees and costs.

Dated: January 31, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE